| | |
|---|---|
| 1 | **SARAH LAMPI LITTLE** Cal Bar 215635 |
| | 1276 A Street |
| 2 | Hayward, CA 94541 |
| | 510-581-4060 |
| 3 | slampiecf@sbcglobal.net |
| 4 | Attorney for Debtor(s) |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **DEREK MARSHALL CARMICHAEL,** | **Case No. 10-42149-RN-13** |
| **AURA-LEE CARMICHAEL** | |
| Debtor | **EX PARTE APPLICATION FOR ATTORNEY'S FEES FOR LIEN AVOIDANCE MOTION** |

Debtors' Attorney, Sarah Lampi Little, hereby applies to the Court for an order allowing Attorney's Fees in the amount of $1,500.00 and allowing for their immediate payment for services rendered regarding Motion to Determine the Value of Collateral and to Disallow Secured Claim and Avoid Lien.

1) Debtor's Attorney prepared, filed and served on related creditors, Motion to Determine the Value of Collateral and to Disallow Secured Claim and Avoid Lien, Declaration of Debtor in Support of Motion, and Notice of Motion.

2) The holder of the lien then failed to respond or otherwise request a hearing within the time provided.. Debtor's Attorney then prepared and filed a Declaration and Request for Order, and a proposed Order, and served a copy of each on defendants. The order was signed by the Honorable Randall J. Newsome, on May 21, 2010.

3) These services were contemplated and contracted for at the time the Debtor retained Debtor's Attorney, and are provided for in the Attorney Client Fee Contract and are disclosed in the Statement Pursuant to Rule 2016(b) and the Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys.

4) Debtor's attorney requests that these fees be paid immediately with no further payments to priority claims, except claims for domestic support obligations, and general unsecured claims until this fee is paid in full. Fixed monthly payments to secured creditors shall remain unchanged.

Whereby the Attorney requests an order approving Attorney's fees in the amount of $1,500.00 for services rendered regarding the Motion to Determine the Value of Collateral and to Disallow Secured Claim and Avoid Lien.

Dated: May 28, 2010         /s/ Sarah Lampi Little
                            SARAH LAMPI LITTLE

Approved as to form and content

Dated: June 1, 2010         _/s/ Martha G. Bronitsky_____
                            MARTHA G. BRONITSKY
                            CHAPTER 13 TRUSTEE